# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2007

135119

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE HEAVENLY BRANCH, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
   Petitioner-Appellant,

v

              SC: 135119
              COA: 274738
              Genesee CC
              Family Division: 98-109858-NA

RAQUEL SCOTT,
    Respondent-Appellee.

_____/

   On order of the Court, the application for leave to appeal the August 16, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2007           _____

s1106                  Clerk